**DENY; and Opinion Filed May 12, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00571-CV

### IN RE STEWART AZELL CROSS, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0037054-SP**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Brown

Relator filed this original proceeding requesting that the Court order the trial court to reinstate his appeal.[1] To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks,* 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). Relator has failed to establish a right to mandamus relief. Mandamus "is not a substitute for and cannot be used to perform the office of an appeal." *State ex rel. Healey v. McMeans*, 884 S.W.2d 772, 774 (Tex. Crim. App. 1994) (orig. proceeding) (quoting *Bradley v. Miller*, 458 S.W.2d 673, 675 (Tex. Crim. App. 1970) (orig. proceeding)). Each of relator's arguments could have been

---

[1] Relator's direct appeal was transferred from this Court to the Eighth Court of Appeals pursuant to chapter 73 of the Texas Government Code. TEX. GOV'T CODE ANN. § 73.001 (West 2013) (supreme court may order cases transferred from one court of appeals to another at any time); TEX. GOV'T CODE ANN. § 73.002 (a) (West 2013) (court of appeals to which case is transferred has jurisdiction of case without regard to district in which case originally was tried and to which it is returnable on appeal). The Eighth Court affirmed the trial court's judgment. *Cross v. State*, No. 08-02-00170-CR, 2003 WL 253902, at *1 (Tex. App.—El Paso Feb. 6, 2003, pet. ref'd, untimely filed).

asserted on direct appeal of the judgment of the Eighth Court of Appeals. Accordingly, relator has failed to establish a right to relief.

We **DENY** the petition. TEX. R. APP. P. 52.1.


/Ada Brown/
ADA BROWN
JUSTICE


150571F.P05